IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 27 AM 10: 05

ROBERT R. TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                    NO. 05-20203-Ma/P

KATHRYN BOWERS and
BARRY MYERS,

    Defendants.

## ORDER OF RECUSAL

Judge Samuel H. Mays, Jr. hereby recuses himself from the above-referenced case and returns the file to the Clerk of Court for reassignment by random draw.

IT IS SO ORDERED this 26th day of May, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-27-05

(8)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20203 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT