FILED BY_____D.C.

UNITED STATES DISTRICT COURT   05 JUN -3 AM 10: 54

Robert R. Di Trolio
Clerk of Court

```
                                    Robert R. Di Trolio
                                    CLERK, U.S. DIST. CT.
                          Memphis       901-495-1200
                                    W/D OF TN, MEMPHIS
                          Fax           901-495-1250
                          Jackson       901-427-6586
                          Fax           901-427-9210
```

DATE:     March 16, 2005


NOTICE TO ALL PARTIES


RE:      CRIMINAL CASE NO.    2:05cr20203 B/P
         UNITED STATES OF AMERICA vs. Kathryn Bowers

   _____  RULE 20 (Consent to Transfer of Case for Plea and
          Sentence)

   _XX_   RULE 40 TRANSFER


Documents, arrest warrant executed, minutes of initial appearance hearing, acknowledgment of receipt and right of notice and explanation of rights, waiver of Rule 5 & 5.1 hearings, order setting conditions of release and order that dft appear in district of prosecution, as to the above-named defendant, have been received from the United States District Court, Middle District of Tennessee. Please refer to document #10 in the case record.


                              Sincerely,

                              ROBERT R. Di TROLIO,
                              Clerk of Court

                              BY: _____
                                    Deputy Clerk



cc: Mag. Tu M. Pham
    Casemanager



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20203 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT