IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
'05 JUL 11 AM 10: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br>KATHRYN BOWERS,<br>　　　Defendant. | )<br>)<br>)<br>)　Cr. No. 05-20203-1-B<br>)<br>)<br>)<br>) |

### ORDER ON DEFENDANT BOWERS'
### MOTION TO EXTEND TIME TO FILE MOTIONS

This cause came on to be heard upon the motion of defendant Kathryn Bowers. For good cause shown, the motion is GRANTED. Defendant Bowers shall have until **September 1, 2005** to file motions in this cause.

IT SO ORDERED this ___11th___ day of July, 2005.

_____
JUDGE DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-11-05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20203 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT