IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff, | ) <br> ) <br> ) |
| vs. | ) Cr. No. 05-20203-1-B <br> ) <br> ) |
| KATHRYN BOWERS, <br>  Defendant. | ) <br> ) |

## ORDER ON DEFENDANT BOWERS'
## MOTION TO EXTEND TIME TO FILE MOTIONS

This cause came on to be heard upon the motion of defendant Kathryn Bowers. For good cause shown, the motion is GRANTED. Defendant Bowers' report date shall be reset to __August 25__, 2005 at __8:45__ a.m. The period from July 21, 2005 to September __16__, 2005, is excludable under U.S.C. 3161 (h)(8)(b)(4) because the ends of justice served in allowing additional time to prepare outweigh the need for a speedy trial.

It is further order that Defendant shall have until **October 1, 2005** to file motions in this cause.

IT SO ORDERED this ___19th___ day of July, 2005.

JUDGE DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20203 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT