IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | Cr. No. 05-20203-1-B |
| | )<br>) | |
| KATHRYN BOWERS,<br>Defendant. | )<br>) | |

### ORDER ON NOTICE OF CASE STATUS AND
### UNOPPOSED MOTION TO RESCHEDULE REPORT DATE

This matter came on to be heard upon notice of case status and motion to reschedule report of defendant Kathryn Bowers. The Court accepts the written report of the status of the case.

For good cause shown and without objection by the United States, the Court GRANTS the unopposed motion to reschedule the report set for Thursday, August 25, 2005, at 8:45 a.m. The report in this cause is rescheduled for __22nd__ (day), __Sept.__ (month), ____ (date), 2005 at __8:45 a.m.__ (time).

The delay is excludable under 18 U.S.C. § 3161 (h)(8)(A) as the ends of justice served by granting defendant's motion outweigh the best interest of the public and the defendant in a speedy trial.

IT SO ORDERED this __25__ day of August, 2005.

JUDGE DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on __8-25-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:05-CR-20203 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT