IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -5 PM 6:15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>KATHRYN BOWERS,<br>Defendant. | Cr. No. 05-20203-1-B |

## ORDER ON NOTICE OF CASE STATUS AND UNOPPOSED MOTION TO RESCHEDULE REPORT DATE AND EXTEND TIME IN WHICH TO FILE MOTIONS

This matter came on to be heard upon notice of case status, motion to reschedule report of defendant Kathryn Bowers and extend the time in which to file motions. The Court accepts the written report as the status of the case.

For good cause shown and without objection by the United States, the Court GRANTS the unopposed motion to extend the time in which to file motions and reschedule the report set for December 8, 2005, at 9:00 a.m. **The motions are due and the report in this cause is rescheduled for MARCH 9, 2006, at 9:00 A.M.** The time until MARCH 17, 2006, is excludable under 18 U.S.C. § 3161 (h)(8)(A) as the ends of justice served by granting defendant's motion outweigh the best interest of the public and the defendant in a speedy trial.

IT SO ORDERED this 5th day of December, 2005.

JUDGE DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-6-05

(39)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20203 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT